✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>QUAVON F. FRAZIER | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form<br><br>Case No.  4:26-po-142-AGH<br>USM No. |

_____
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   3   _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA 40-6-181 | Excessive Speed 60/45 reduced to 58/45 | 01/30/2026 | 3 |
| | | | |

☑ Count(s)   1 and 2   _____   ☐ is   ☑ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $  30.00 | $  125.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   6636

Defendant's Year of Birth:   2002

City and State of Defendant's Residence:
Charleston, SC

05/18/2026
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick          US Magistrate Judge
_____
Name and Title of Judge

05/18/2026
_____
Date